**In re Dumont BUSH, Petitioner.**

No. 13–4614.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
Jan. 9, 2014.

Opinion filed: Jan. 23, 2014.

---

Dumont Bush, Schuylkill FCI, Minersville, PA, pro se.

Before: RENDELL, FISHER and GREENAWAY, JR., Circuit Judges.

OPINION

PER CURIAM.

On November 26, 2012, Dumont Bush filed a motion to correct clerical error pursuant to Federal Rule of Criminal Procedure 36. On December 2, 2013, Bush filed the present petition for a writ of mandamus asking us to compel the District Court to rule upon that motion. The District Court entered an order denying Bush's motion on December 12, 2013. Accordingly, we will deny the mandamus petition as moot.